# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC | ) )  )  |
| Plaintiff, | ) ) |
| v. | ) ) |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC | ) ) ) ) |
| Defendant. | ) ) |

NO. 3:23-cv-01153

JUDGE CAMPBELL
MAGISTRATE JUDGE HOLMES

## ORDER

Before the Court are Prysmian's Motion to Dismiss (Doc. No. 17) and Shoals' Motion to Dismiss Defendants' Counterclaim (Doc. No. 32). For the reasons stated in the accompanying Memorandum, Prysmian's motion to dismiss (Doc. No. 17) is **DENIED**, and Shoals' motion to dismiss the counterclaim (Doc. No. 32) is also **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE