IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC ) | |
| ) | Case No. 3:23-cv-01153 |
| v. ) | Chief Judge Campbell |
| ) | Magistrate Judge Holmes |
| PRYSMIAN CABLES AND SYSTEMS ) | |
| USA, LLC ) | |

## FOURTH MODIFIED CASE MANAGEMENT ORDER

On September 23, 2025, the parties filed a joint notice of resolution and proposed agreed fourth amended case management order. (Docket No. 80.) In this joint notice, the parties state that they reached a resolution with respect to three pending motions. (*Id.* at 1.) They also provide the Court with agreed proposed modifications to the case management schedule. (*Id.* at 2–3.) Accordingly, the case management and discovery conference scheduled for September 24, 2025 is **CANCELLED**. Further, Plaintiff's motion to amend third modified case management order (Docket No. 73), Plaintiff's motion to continue trial date (Docket No. 74), and the parties' joint discovery dispute statement and motion for discovery conference (Docket No. 75) are **DENIED AS MOOT**. Finally, the case management plan and schedule is modified as follows:

1. DISCOVERY. The deadline to complete all written discovery and depose all fact witnesses is extended from September 15, 2025 to **October 31, 2025**. The deadline to bring all discovery disputes to the Court's attention and to file all discovery-related motions is extended from September 15, 2025 to **October 31, 2025**, unless otherwise permitted by the Court. All other provisions for discovery, including for resolution of discovery disputes, remain unchanged.

2. DISCLOSURE AND DEPOSITION OF EXPERTS. The deadline for Plaintiff and Counter-Plaintiff to identify and disclose all expert witnesses and expert reports on the issues where they have the burden of proof is extended from October 15, 2025 to **November 17, 2025**.

The deadline for Defendant and Counter-Defendant to identify and disclose all expert witnesses and expert reports on the issues where they do not have the burden of proof is extended from December 15, 2025 to **January 15, 2026**. No other rebuttal experts or reports shall be permitted except by leave of Court. The deadline to complete expert depositions is extended from February 2, 2026 to **March 2, 2026**. All other provisions for expert disclosures and discovery remain unchanged.

3. DISPOSITIVE MOTIONS. The deadline to file motions for summary judgment and all other non-Rule 12 dispositive motions is extended from February 2, 2026 to **February 27, 2026**. The deadline to file responses is extended to **March 27, 2026**. The deadline to file optional replies is extended **to April 10, 2026**. All other provisions for dispositive motions, including briefing page limits, restrictions on motions for partial summary judgment, and directives for statements of undisputed materials facts and responses, remain unchanged. Further, the provisions for filing and briefing of dispositive motions under Rule 12 remain unchanged.

4. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge