# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **SHOALS TECHNOLOGIES GROUP, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No.: 3:23-cv-01153** |
| **v.** | ) ) ) | **JUDGE CAMPBELL** **MAGISTRATE JUDGE HOLMES** |
| **PRYSMIAN CABLES AND SYSTEMS USA, LLC,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## PLAINTIFF SHOALS TECHNOLOGIES GROUP, LLC'S MOTION FOR JURY TRIAL

Pursuant to Local Rule 7.01 and Rule 39(b) of the Federal Rules of Civil Procedure, Plaintiff Shoals Technologies Group, LLC ("Shoals") hereby moves this Court for a trial by jury of all issues in this matter. The Seventh Amendment to the United States Constitution protects the right to trial by jury in cases like this one, and Rule 39(b) gives a district court the discretion to order a trial by jury even when the parties did not initially demand one. Because of the importance of the right to trial by jury, the Sixth Circuit has instructed district courts to exercise that discretion in favor of granting a jury trial absent strong and compelling reasons to the contrary. *See Kitchen v. Chippewa Valley Schs.*, 825 F.2d 1004, 1013 (6th Cir. 1987).

The Court should exercise its discretion in favor of Shoals' constitutional right to a jury trial. Courts in the Sixth Circuit consistently grant motions for jury trials when the non-moving party cannot prove that it will not suffer undue prejudice. Here, Prysmian cannot point to any prejudice it would suffer from this case being tried by a jury. Expert discovery is just beginning,

the deadline for dispositive motions is still four months away, and the case is not set for trial until August 11, 2026.

Other factors also favor ordering a trial by jury. During discovery, Shoals uncovered evidence of Prysmian Cables and Systems USA, LLC's ("Prysmian") bad faith, intentional misrepresentations, and gross negligence. This newly discovered evidence of misconduct makes this case particularly well-suited for trial by jury, and Shoals now seeks to exercise its constitutional right to have a jury hear and decide its claims. Shoals has not delayed its request for a jury trial; Shoals only learned of the pervasiveness of Prysmian's misconduct during discovery, and discovery closed on October 31, 2025.

In accordance with Local Rule 7.01(a), Shoals states that it has conferred with Prysmian's counsel concerning this motion, and the relief requested in this motion is opposed.

For these and the reasons set forth in Shoals' Memorandum of Law in Support of Motion for Jury Trial, the Court should allow a jury trial of all matters in this case.

Dated: October 31, 2025.

Respectfully Submitted,

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (TN Bar No. 016139)
Courtney A. Hunter (TN Bar No. 038014)
Briana T. Sprick Schuster (TN Bar No. 038305)
Kathryn H. Walker (TN Bar. No. 020794)
**BASS, BERRY, & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6289
jzeigler@bassberry.com
courtney.hunter@bassberry.com
briana.sprick.schuster@bassberry.com
kwalker@bassberry.com

2

Jim Manley (admitted *pro hac vice*)
Jill Kuhn (admitted *pro hac vice*)
**Troutman Pepper Locke LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000
Jim.Manley@Troutman.com
Jill.Kuhn@Troutman.com

*Attorneys for Plaintiff Shoals Technologies Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon the following:

Lucas T. Elliot
Elle G. Kern
**FROST BROWN TODD LLP**
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
lelliot@fbtlaw.com
ekern@fbtlaw.com

**MORGAN, LEWIS & BOCKIUS LLP**
David J. Levy (admitted *pro hac vice*)
Cullen G. Pick (admitted *pro hac vice*)
Susan Stradley (admitted *pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000 (telephone)
david.levy@morganlewis.com
cullen.pick@morganlewis.com
susan.stradley@morganlewis.com

Deanne L. Miller (admitted *pro hac vice*)
300 South Grand Ave. 22nd Floor
Los Angeles, CA 90071
213.612.2500 (Telephone)
deanne.miller@morganlewis.com

Cecilia M. Bole (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL 60606
(617) 341-7509
cecilia.bole@morganlewis.com

*/s/Jessalyn H. Zeigler*

4