UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRYSMIAN CABLES AND SYSTEMS USA, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 3:23-cv-01153 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

**PLAINTIFF SHOALS TECHNOLOGIES GROUP, LLC'S NOTICE REGARDING POTENTIAL ISSUE RELATING TO UNDERWRITING LABORATORIES**

PLEASE TAKE NOTICE that Plaintiff Shoals Technologies Group, LLC ("Shoals") does not believe that it has received responsive information from Prysmian Cables and Systems USA, LLC ("Prysmian") or Underwriting Laboratories ("UL") in response to written discovery that it has propounded relating to UL. While this information relates to and is relevant to expert discovery, Shoals is providing the Court with notice of this potential issue. Shoals will continue working in good faith with Defendant to resolve this issue prior to the Expert Disclosure Deadline. To the extent the parties cannot resolve the issue, Shoals will submit a Joint Discovery Dispute Statement pursuant to the Initial Case Management Order (ECF No. 39) and Local Rule 37.01(b).

Dated: October 31, 2025.

Respectfully Submitted,

*/s/ Kathryn Hannen Walker*
Jessalyn H. Zeigler (TN Bar No. 016139)
Courtney A. Hunter (TN Bar No. 038014)
Briana T. Sprick Schuster (TN Bar No. 038305)
Kathryn H. Walker (TN Bar. No. 020794)

1

**BASS, BERRY, & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6289
jzeigler@bassberry.com
courtney.hunter@bassberry.com
briana.sprick.schuster@bassberry.com
kwalker@bassberry.com

Jim Manley (admitted *pro hac vice*)
Jill Kuhn (admitted *pro hac vice*)
**Troutman Pepper Locke LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000
Jim.Manley@Troutman.com
Jill.Kuhn@Troutman.com

*Counsel for Plaintiff Shoals Technologies Group, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon the following:

Lucas T. Elliot
Elle G. Kern
**FROST BROWN TODD LLP**
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
lelliot@fbtlaw.com
ekern@fbtlaw.com

**MORGAN, LEWIS & BOCKIUS LLP**
David J. Levy (admitted *pro hac vice*)
Cullen G. Pick (admitted *pro hac vice*)
Susan Stradley (admitted *pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000 (telephone)
david.levy@morganlewis.com
cullen.pick@morganlewis.com
susan.stradley@morganlewis.com

Deanne L. Miller (admitted *pro hac vice*)
300 South Grand Ave. 22nd Floor
Los Angeles, CA 90071
213.612.2500 (Telephone)
deanne.miller@morganlewis.com

Cecilia M. Bole (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL 60606
(617) 341-7509
cecilia.bole@morganlewis.com

*/s/ Kathryn Hannen Walker*