# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:23-cv-01153 |
| v. ) ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC, ) ) ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Shoals Technologies Group, LLC's ("Shoals") Motion for Leave to File Documents Under Seal. (Doc. No. 84). Shoals seeks leave to file the Motion for Jury Trial (Doc. No. 85), Memorandum in Support of Motion for Jury Trial (Doc. No. 86), and Exhibits A through F to the Memorandum (the "Exhibits") (Doc. Nos. 86-1 through 86-6). Shoals states that the Exhibits are documents produced during discovery and designated as "Confidential" by Defendant Prysmian Cables and Systems USA, LLC ("Prysmian"). Shoals states that the Motion and Memorandum describe or directly cite the Exhibits.

Irrespective of whether the Exhibits and Memorandum describing the Exhibits should be sealed, the Motion, which does not describe or directly cite the Exhibits, does not merit sealing. Accordingly, the motion to seal is **DENIED** as to the Motion and the Clerk is directed to unseal the document filed at Docket Entry 85.

With regard to the Exhibits and Memorandum, pursuant to the terms of the Protective Order (Doc. No. 45) and Local Rule 5.03, the party designating the material as confidential must file a response justifying the document remaining under seal within 14 days. Should the designating

party fail to respond, the motion to file under seal will be denied. Local Rule 5.03 also requires the party requesting a filing be sealed to separately file a redacted version or state why the filing of a redacted version is impracticable. Plaintiff has not filed a redacted version of the documents sought to be filed under seal or stated that the filing of a redacted version is impracticable.

Accordingly, on or before November 14, 2025, Plaintiff shall file redacted versions of the Memorandum and Exhibits and Defendant shall respond to the motion to seal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE