IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:23-cv-01153 |
| v. | ) ) | JUDGE CAMPBELL |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC, | ) ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

### ORDER

Pending before the Court is Plaintiffs' motion for reassignment of *In re Shoals Techs. Grp., Inc. Sec. Litig.*, No. 3:24-cv-00334 (M.D. Tenn.) to the undersigned as related to this case. (Doc. No. 94). That case has been transferred. Accordingly, the motion is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE