# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 3:23-cv-01153 |
| v. | ) ) ) | **JUDGE CRENSHAW** |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC, | ) ) ) ) | **MAGISTRATE JUDGE HOLMES** |
| Defendant. | ) ) ) ) | |

---

### Declaration of Jessalyn H. Zeigler in Support of Reply Brief

---

I, Jessalyn H. Zeigler, declare:

1.      I am an attorney with the law firm of Bass, Berry & Sims PLC, counsel for Plaintiff Shoals Technologies Group, LLC ("Shoals") in the above-named action. I submit this Declaration in support of Shoals' Reply in Support of Rule 37 Motion to Strike.

2.      I make all statements in this Declaration based on my own personal knowledge and in accordance with 28 U.S.C. § 1746.

3.      Shoals did not collect documents from Reggie Aragones as part of discovery in this matter.

4.      In a letter dated July 2, 2025, Prysmian's counsel acknowledged that Aragones was not one of Shoals' document custodians.

5.      SHOALS0217672 lists twelve Shoals employees as recipients. Shoals collected and produced documents from some of those Shoals employees as part of discovery in this matter.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Nashville, Tennessee, on April 29, 2026.

_/s/ Jessalyn H. Zeigler_

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon the following:

Lucas T. Elliot
Elle G. Kern
Frost Brown Todd LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201

David J. Levy
Cullen G. Pick
Susan Stradley
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002

Deanne L. Miller
Morgan, Lewis & Bockius LLP
300 South Grand Ave. 22nd Floor
Los Angeles, CA 90071

Cecilia M. Bole
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606

*/s/ Jessalyn H. Zeigler*

3