# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 3:23-cv-01153 |
| v. | ) ) ) | JUDGE CRENSHAW MAGISTRATE JUDGE HOLMES |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC | ) ) ) | |
| Defendant. | ) ) ) ) | |

## DECLARATION OF JEREMY GUSTITUS REGARDING DEFENDANT'S REQUEST TO MAINTAIN CERTAIN EXHIBITS PARTIALLY UNDER SEAL

I, Jeremy Gustitus, hereby declare as follows:

1. I make this declaration in support of Defendant Prysmian Cables and Systems USA, LLC's ("Prysmian") request to maintain certain exhibits filed by Plaintiff, Shoals Technologies Group, LLC ("Shoals") under seal or partially under seal.

2. I am employed by Prysmian as Director of Product Development. I have personal knowledge of the facts set forth herein, except where specifically stated. I could and would testify competently to those facts if called as a witness.

3. It is my understanding that Shoals filed two exhibits under seal in support of Shoals' Reply in Support of Partial Summary Judgment (Dkt. No. 167) which contain information designated as confidential by Prysmian pursuant to the Court's Agreed Protective Order, entered March 29, 2024. *See* Dkt. No. 45.

4. Exhibit 4 is excerpts of deposition testimony from Prysmian 30(b)(6) designee Jeremy Gustitus. The testimony in Exhibit 4 includes information about PV cable insulation

1

development and design changes. This information is highly sensitive and represents significant research and engineering efforts. Prysmian requests that the Court maintains Exhibit 4 under partial seal and not make public the designated portions of Exhibit 4 filed by Shoals with the Court.

5.  Exhibit 5 is excerpts of deposition testimony from Prysmian expert witness Jeremy Gustitus. The testimony in Exhibit 5 includes sensitive information about Prysmian's PV cable insulation formulation and manufacturing procedures. The testimony identifies not only the categories of ingredients used in the insulation compound, but also the specific brand and proportions of materials used. This information is highly sensitive and represents significant research and engineering efforts. Prysmian requests that the Court maintains Exhibit 5 under partial seal and not make public the designated portions of Exhibit 5 filed by Shoals with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:                                                              Respectfully submitted,

Gustitus Jeremy [gustije001]
Digitally signed by Gustitus Jeremy [gustije001]
DN: cn=Gustitus Jeremy [gustije001], ou=Administrative GUI Users
Date: 2026.05.06 13:54:10 -04'00'

Jeremy Gustitus