# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:23-cv-01153 |
| v. | ) ) | |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC, | ) ) ) | |
| Defendant. | ) | |

## <u>ORDER</u>

I hereby recuse myself from this action.

The status conference set for May 12, 2026, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE