# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

SHOALS TECHNOLOGIES GROUP, LLC,     )
                                    )

     Plaintiff,                      )

                                      )

v.                                  )      Civil No.  3:23-cv-1153
                                  )      Judge Trauger

PRYSMIAN CABLES AND SYSTEMS USA, LLC,     )

                                      )

     Defendant.                    )

## ORDER

I hereby recuse myself in this case.  The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

 

_____
ALETA A. TRAUGER
U.S. District Judge