IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 3:23-cv-01153 |
| v. | ) ) | JUDGE RICHARDSON |
| | ) ) | |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

I hereby recuse myself in this matter. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE