UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC, | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:23-cv-01153 |
| | ) | |
| | ) | MAGISTRATE HOLMES |
| | ) | |
| PRYSMIAN CABLES AND SYSTEMS USA, LLC | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 7.01, Plaintiff Shoals Technologies Group, LLC and Defendant Prysmian Cables and Systems USA, LLC (together, the "Parties") respectfully submit this Joint Motion For Case Management Conference. As grounds for their Motion, the Parties state as follows:

1. Plaintiff filed the above-captioned matter on October 31, 2023. The case was assigned to Judge William L. Campbell, Jr. The Court subsequently set a bench trial date of August 11, 2026 with pre-trial filing deadlines beginning July 13, 2026 and a pre-trial conference set for July 27, 2026. (DE 68).

2. On March 4, 2026, the case was transferred to Judge Waverly D. Crenshaw, Jr., who thereafter set a status conference with the Parties for May 12, 2026. (DE 123, 140).

3. On May 11, 2026, Judge Crenshaw issued an Order of Recusal and cancelled the status conference. (DE 178).

4.    Thereafter, the case was assigned to Judge Aleta Trauger, who issued an Order of Recusal, and then to Judge Eli Richardson, who also issued an Order of Recusal.  (DE 179, 180).

5.    It is the Parties' understanding that, to date, the case remains unassigned.

6.    In addition to the upcoming trial deadlines, pending before the Court are the Parties' cross Motions for Partial Summary Judgment (DE 105, 131, 151, 171 and 100, 132, 156, 165), related Motions to Strike certain evidence (DE 144, 166, 174 and 176, 181, 182), and Plaintiff's Motion for a Jury Trial (DE 85, 90, 92, 135, 136).

7.    Based on the foregoing, the Parties respectfully request a status conference with the Court for purposes of determining how the Parties should proceed given the status of the case as detailed above.

Respectfully submitted,

/s/ Charles I. Malone
Charles I. Malone (TN BPR 22904)
Joseph F. Welborn III (TN BPR 15076)
Savannah G. Darnall (TN BPR 038499)
**WELBORNMALONE PLC**
One Burton Hills Blvd, Ste 200E
Nashville, TN  37215
(615) 455-0360
charlie.malone@welbornmalone.com
joe.welborn@welbornmalone.com
savannah.darnall@welbornmalone.com

Jessalyn H. Zeigler
Courtney A. Hunter
Briana T. Sprick Schuster
Kathryn Hannen Walker
**BASS, BERRY, & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6289
jzeigler@bassberry.com
courtney.hunter@bassberry.com
briana.sprick.schuster@bassberry.com
kwalker@bassberry.com

2

Jim Manley (admitted *pro hac vice*)
Jill Kuhn (admitted *pro hac vice*)
**Troutman Pepper Locke LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000
Jim.Manley@Troutman.com
Jill.Kuhn@Troutman.com

*Counsel for Shoals Technologies Group,
LLC*

/s/ Lucas T. Elliot (w/perm. CIM)
Lucas T. Elliot
Elle G. Kern
**FBT GIBBONS LLP**
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
lelliot@fbtgibbons.com
ekern@fbtgibbons.com

**MORGAN, LEWIS & BOCKIUS LLP**
David J. Levy
Cullen G. Pick
Susan Stradley
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000 (telephone)
david.levy@morganlewis.com
cullen.pick@morganlewis.com
susan.stradley@morganlewis.com

Deanne L. Miller
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213.612.2500 (telephone)
deanne.miller@morganlewis.com

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court via ECF and served on all counsel of record by a manner authorized by LR 5.01:

Jessalyn H. Zeigler
Courtney A. Hunter
Briana T. Sprick Schuster
Kathryn Hannen Walker
**BASS, BERRY, & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6289
jzeigler@bassberry.com
courtney.hunter@bassberry.com
briana.sprick.schuster@bassberry.com
kwalker@bassberry.com

Jim Manley
Jill Kuhn
**Troutman Pepper Locke LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000
Jim.Manley@Troutman.com
Jill.Kuhn@Troutman.com

*Counsel for Plaintiff*

Lucas T. Elliot
Elle G. Kern
**FBT GIBBONS LLP**
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
lelliot@fbtgibbons.com
ekern@fbtgibbons.com

**MORGAN, LEWIS & BOCKIUS LLP**
David J. Levy
Cullen G. Pick
Susan Stradley
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000 (telephone)
david.levy@morganlewis.com
cullen.pick@morganlewis.com
susan.stradley@morganlewis.com

Deanne L. Miller
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213.612.2500 (telephone)
deanne.miller@morganlewis.com

*Counsel for Defendant*

*/s/ Charles I. Malone*
Charles I. Malone

4