**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC )<br>)<br>v.  )<br>)<br>PRYSMIAN CABLES AND SYSTEMS )<br>USA, LLC  ) | Case No. 3:23-cv-01153 |

**O R D E R**

Pending before the Court is the parties' Joint Motion for Case Management Conference (Docket No. 183), which is **GRANTED**. A telephonic case management conference will be held on **June 10, 2026, at 3:00 p.m. (CDT)**, using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#.

Given that this case is no longer assigned to Chief Judge Campbell, the bench trial set before him for August 11, 2026 (Docket No. 68), is **CANCELLED**.

All other matters are reserved.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge