# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

SHOALS TECHNOLOGIES GROUP, LLC )
                                             )

v.                                                   )           **Case No. 3:23-cv-01153**
                                             )

PRYSMIAN CABLES AND SYSTEMS )
USA, LLC                                        )

## O R D E R

Pending before the Court are various motions, some of which are within the purview of the Magistrate Judge for disposition, as discussed below. The remaining pending motions shall be resolved by separate order upon assignment of this case to a District Judge.

The following motions to seal, Docket Nos. 167, 153, 147, 143, 138, 120, 112, 99, are **GRANTED**. From the face of the documents, it appears that legitimate interests in favor of sealing outweigh the public interest in accessing the documents. Further, the specific information for which sealing of the documents is sought is narrowly tailored to serve the interests in favor of sealing and redacted versions of the sealed documents were filed and are publicly available.

Additionally, the motions for leave to file motions for partial summary judgment, Docket Nos. 98, 97, are likewise **GRANTED**. Allowance of the motions for partial summary judgment will not result in multiple rounds of summary judgment motions because the deadline to file motions for summary judgment has now expired and resolution of the motions for partial summary judgment will therefore likely narrow the issues for trial.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge