**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-01153** |
| | ) | |
| PRYSMIAN CABLES AND SYSTEMS | ) | |
| USA, LLC | ) | |

## O R D E R

By earlier order (Docket No. 184), the bench trial of this matter was cancelled. Accordingly, all related pretrial filing deadlines and other pretrial deadlines are likewise cancelled to be reset in connection with the rescheduled trial.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge