**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **SHOALS TECHNOLOGIES GROUP, LLC** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-01153** |
| | ) | |
| **PRYSMIAN CABLES AND SYSTEMS** | ) | |
| **USA, LLC** | ) | |

**O R D E R**

I hereby **RECUSE** myself from further proceedings in this case. Accordingly, the Clerk is

**DIRECTED** to reassign this matter to another Magistrate Judge for all further case management

and other magistrate judge duties.

_____
BARBARA D. HOLMES
United States Magistrate Judge
