**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHOALS TECHNOLOGIES GROUP, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PRYSMIAN CABLES AND SYSTEMS USA, LLC**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 3:23-cv-01153**<br><br>**VISITING JUDGE WIER**<br>**MAGISTRATE JUDGE FRENSLEY** |

# NOTICE OF FILING EXHIBITS

Defendant Prysmian Cables and Systems USA, LLC hereby gives notice of filing of Exhibits A-G to the Joint Discovery Dispute Statement and Motion for a Discovery Conference ("Joint Statement and Motion"). The Joint Statement and Motion and Exhibit H thereto were filed under seal. Attached hereto are the following:

A. December 19, 2025, and December 29, 2025, email correspondence between Cullen Pick and Jessie Zeigler;

B. March 20, 2026, correspondence from Briana T. Sprick Schuster to Lucas T. Elliot;

C. Excerpts of the transcript of the April 28, 2026, deposition of James L. Salmon, Ph.D., P.E.;

D. April 29, 2026, correspondence from Lucas T. Elliot to James Manley;

E. May 1, 2026, email correspondence between Lucas T. Elliot and James Manley;

F. May 11, 2026 email correspondence from Lucas T. Elliot to James Manley;

G. May 15, 2026, correspondence from James Manley to Lucas T. Elliot and David J. Levy.

Respectfully submitted,

*/s/ Lucas T. Elliot*
Lucas T. Elliot (BPR 037084)
Elle G. Kern (BPR 034301)
**FBT GIBBONS LLP**
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
(615) 251-5550
lelliot@fbtgibbons.com
ekern@fbtgibbons.com

**MORGAN, LEWIS & BOCKIUS LLP**
David J. Levy (admitted *pro hac vice*)
Cullen G. Pick (admitted *pro hac vice*)
Susan Stradley (admitted *pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000 (telephone)
david.levy@morganlewis.com
cullen.pick@morganlewis.com
susan.stradley@morganlewis.com

Deanne L. Miller (admitted *pro hac vice*)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213.612.2500 (telephone)
deanne.miller@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon the following:


Jessalyn H. Zeigler (TN Bar No. 016139)
Courtney A. Hunter (TN Bar No. 038014)
Briana T. Sprick Schuster (TN Bar No. 038305)
Kathryn Hannen Walker (TN Bar No. 020794)
**BASS, BERRY, & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
jzeigler@bassberry.com
courtney.hunter@bassberry.com
briana.sprick.schuster@bassberry.com
kwalker@bassberry.com

Charles I. Malone (TN BPR 022904)
Joseph R. Welborn (TN BPR 015076)
Savannah G. Darnall (TN BPR 038499)
**WELBORNMALONE** PLC
One Burton Hills Blvd, Suite 200E
Nashville, TN 37215
charlie.malone@welbornmalone.com
joe.welborn@welbornmalone.com
savannah.darnall@welbornmalone.com

Jim Manley (admitted *pro hac vice*)
Jill Kuhn (admitted *pro hac vice*)
**Troutman Pepper Locke LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Jim.Manley@Troutman.com
Jill.Kuhn@Troutman.com


*/s/ Lucas T. Elliot*

2799560.0779049 4920-6984-2377