# Exhibit A

**From:** Zeigler, Jessie <JZeigler@bassberry.com>
**Sent:** Monday, December 29, 2025 1:27 PM
**To:** Pick, Cullen; Manley, Jim
**Cc:** Kuhn, Jill C.; Hill, Alexander J.; Sprick Schuster, Briana; MLB Shoals v. Prysmian; Elliot, Lucas T.; Kern, Elle G.
**Subject:** RE: Shoals Expert Depositions

Cullen:

We do not believe that either party served written discovery requests for the information below and FRCP 26(c)(4) does not provide a duty to independently disclose such information. Rather, it sets forth that certain of the information you have requested is not discoverable. The experts' reports provided the information required by FRCP 26(a)(2)(B); to the extent you seek trial exhibits that each expert may use at trial we suggest those be exchanged by the parties in accordance with local rule 39.01(c)(5)(e).

We also suggest that the parties agree to exchange the discoverable portion of the testifying experts' working files by January 15th so that both parties have the information prior to taking the experts' depositions. By working file, we refer to any data that they relied upon, documentation of the compensation they have been paid, and communications with counsel to the extent they are not exempt from discovery under FRCP 26(c)(4).

Please advise if this is agreeable.

We will respond separately regarding the specific information you have requested of experts MacLean, Wilner, and Weiner.

Thanks,

Jessie

BASS BERRY SIMS

**Jessalyn Zeigler**

**Bass, Berry & Sims PLC**
21 Platform Way South, Suite 3500 • Nashville, TN 37203
(615) 742-6289 phone
jzeigler@bassberry.com • www.bassberry.com

---

**From:** Pick, Cullen <cullen.pick@morganlewis.com>
**Sent:** Friday, December 19, 2025 1:53 PM
**To:** Zeigler, Jessie <JZeigler@bassberry.com>; Manley, Jim <jim.manley@troutman.com>
**Cc:** Kuhn, Jill C. <jill.kuhn@troutman.com>; Hill, Alexander J. <alex.hill@troutman.com>; Sprick Schuster, Briana <briana.sprick.schuster@bassberry.com>; MLB Shoals v. Prysmian <MLBShoalsvPrysmian@morganlewis.com>; Elliot,

Lucas (Frost Brown Todd LLP) <lelliot@fbtlaw.com>; Kern, Elle (Frost Brown Todd LLP) <ekern@fbtlaw.com>
**Subject:** RE: Shoals Expert Depositions

Jessie and Jim,

Subject of course to expert witness documents exempt from discovery under FRCP 26(b)(4)(C), please produce for all experts as soon as possible (but no later than December 30th):

1. All documents, communications, data, notes, test results, and materials relied on in forming the opinions that an expert may offer at trial.
2. All documents (including invoices) related to compensation for the expert's work in this lawsuit, including but not limited to the engagement agreement.
3. Information required to be disclosed under FRCP 26(a)(2)(B) that was not disclosed.
4. To the extent any expert has been deemed unqualified as an expert witness in any case, all documents related to that finding(s).
5. To the extent not already disclosed, a list of every scientific, technical, industry, or professional text, treatise, journal, standard, or similar publication which an expert will refer to, consider, or rely upon at trial in support of their expert opinion in this lawsuit.
6. Electronic files reflecting the inputs, assumptions, formulas, and outputs of any computer or software model used by an expert in forming any opinion they intend to offer at trial.

Additionally, for the following experts, please be sure this includes:

**MacLean**

- Page 180, Figure 95: the source of the data included in this figure.

**Weiner**

- Section V (Materials Considered), pages 20–24, "Inspection Reports": Please identify the 119 documents included in this section by Bates number for each so that Prysmian can confirm that all such documents have been produced. To the extent there are documents that have not been produced, please produce them.

**Wilner**

- Pages 13–14, Figure 4: Please identify and/or produce the source documents for this compilation and produce the document showing Dr. Wilner's compilation of such data.
- Page 21, Figure 8: Please identify and/or produce the source of the data included in this figure along with any documents showing Dr. Wilner's calculations of such data to produce Figure 8.
- Page 23, Figure 9: Please identify and/or produce the source of the data included in this figure along with any documents showing Dr. Wilner's calculations of such data to produce Figure 9.

For Excel spreadsheets and PowerPoints, please also produce them in native format. Thank you.

**Cullen Pick**
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5470 | Main: +1.713.890.5000 | Fax: +1.713.890.5001
cullen.pick@morganlewis.com | www.morganlewis.com




**From:** Zeigler, Jessie <JZeigler@bassberry.com>
**Sent:** Tuesday, December 16, 2025 10:27 AM
**To:** Pick, Cullen <cullen.pick@morganlewis.com>; Manley, Jim <jim.manley@troutman.com>
**Cc:** Kuhn, Jill C. <jill.kuhn@troutman.com>; Hill, Alexander J. <alex.hill@troutman.com>; Sprick Schuster, Briana <briana.sprick.schuster@bassberry.com>; MLB Shoals v. Prysmian <MLBShoalsvPrysmian@morganlewis.com>; Elliot, Lucas (Frost Brown Todd LLP) <lelliot@fbtlaw.com>; Kern, Elle (Frost Brown Todd LLP) <ekern@fbtlaw.com>
**Subject:** RE: Shoals Expert Depositions

[EXTERNAL EMAIL]
Cullen:

We are looking into their available dates and will be back touch.  Please also obtain the available dates and depo locations for your experts and advise.

Thanks,

Jessie

BASS BERRY SIMS

**Jessalyn Zeigler**

**Bass, Berry & Sims PLC**
21 Platform Way South, Suite 3500 • Nashville, TN 37203
(615) 742-6289 phone
jzeigler@bassberry.com • www.bassberry.com

**From:** Pick, Cullen <cullen.pick@morganlewis.com>
**Sent:** Tuesday, December 16, 2025 7:47 AM
**To:** Manley, Jim <jim.manley@troutman.com>; Zeigler, Jessie <JZeigler@bassberry.com>
**Cc:** Kuhn, Jill C. <jill.kuhn@troutman.com>; Hill, Alexander J. <alex.hill@troutman.com>; Sprick Schuster, Briana <briana.sprick.schuster@bassberry.com>; MLB Shoals v. Prysmian <MLBShoalsvPrysmian@morganlewis.com>; Elliot, Lucas (Frost Brown Todd LLP) <lelliot@fbtlaw.com>; Kern, Elle (Frost Brown Todd LLP) <ekern@fbtlaw.com>
**Subject:** Shoals Expert Depositions

Jim and Jessie,

Please let us know when your experts are available for deposition between January 22 and February 13 and where you plan to present them.  We would like to depose them in the following order:

1. Steve MacLean
2. Tom Cybula
3. Mark McFarland
4. Joshua Weiner
5. Benjamin Wilner

**Cullen Pick**
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5470 | Main: +1.713.890.5000 | Fax: +1.713.890.5001
cullen.pick@morganlewis.com | www.morganlewis.com




CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.