# Exhibit B

BASS BERRY ✦ SIMS PLC

**Briana T. Sprick Schuster**
briana.sprick.schuster@bassberry.com
+1 (615) 742-7853

March 20, 2026

**Via Electronic Mail**

Mr. Lucas T. Elliot
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550
lelliot@fbtlaw.com

**Re: Shoals Technologies Group, LLC v. Prysmian Cables and Systems USA, LLC, Case No. 3:23-cv-01153 – Dr. MacLean's files**

Counsel:

This letter accompanies Shoals' production of documents that Steve MacLean relied upon for his expert report and was available at his expert deposition on March 9, 2026 in the above-referenced litigation.

The documents can be accessed through the link provided in the email to which this letter is attached. The zip file is password-protected and the password will be provided to you in a separate email.

We want to draw your attention to one item included: a replacement to Exhibit 1076 which was marked during Dr. MacLean's deposition. As we prepared to produce the native Excel and Bates labeled documents, we noticed some Bates labeled documents reviewed and relied upon inadvertently included the Bates numbers in the securities lawsuit because of how the documents were printed in PDF from the Relativity database. This resulted in the column "BATES Pg" of Ex. 1076 referencing the securities Bates labeled document rather than the documents labeled for this litigation. We also identified some instances in which the column "File Name" and "BATES Pg" needed to be re-aligned with the remaining columns to match the raw data (somehow the underlying document had become "unlinked" to the corresponding data during sorting). This replacement spreadsheet updates the spreadsheet so the data in all columns match up with the underlying documents identified in the "File Name" column. The replacement spreadsheet does not change the underlying documents, data, and analysis, and there are no new or removed data. Enclosed is a new PDF of Exhibit 1076 which should replace the document marked during Dr. MacLean's deposition. If you have any questions, please let us know.

This production includes the following documents:

1. Replacement Ex. 1076 – we are providing a copy of this to the court reporter as well;

2. SMaclean new materials and analysis:
    a. Subfolder: Bates Documents – Packing lists
    b. Subfolder: Rebuttal citations
    c. Rebuttal to Prysmian experts document
    d. Additional Materials Considered List
    e. Packing list Analysis;
3. SMaclean Report – Contains Dr. MacLean's opening report, all appendices and supplemental attachments;
4. SMaclean Report Citations – Contains all files cited in Dr. MacLean's opening report, including bates docs, deposition transcripts, and external sources, such as academic articles and textbooks; and
5. SMaclean Working File – Identical to what was already produced.

This production is made subject to and without waiving the objections Shoals sets forth in its written responses to Prysmian's Requests for Production. These documents are also labeled CONFIDENTIAL per the terms of the Parties' Agreed Protective Order (Dkt. 45).

Very truly yours,

Briana Sprick Schuster

cc: Elle G. Kern, Esq. (Frost Brown Todd, LLP)
David J. Levy, Esq. (Morgan, Lewis & Bockius, LLP)
Cullen Pick, Esq. (Morgan, Lewis & Bockius, LLP)