UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHOALS TECHNOLOGIES GROUP, LLC,

Plaintiff,

v.

PRYSMIAN CABLES AND SYSTEMS USA, LLC,

Defendant.

No. 3:23-CV-1153-REW-JSF

# ORDER

*** *** *** ***

The Court notes that there are three pending motions for leave to seal filings. *See* DE 189; DE 199; DE 208. Accordingly, the Court REFERS these motions, and all future motions for leave to seal filings, to United States Magistrate Judge Chip Frensley. Judge Frensley may render any decision that he sees fit in light of the governing rules and legal standards. *See, e.g.*, Middle District of Tennessee Local Civil Rule 5.03; *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

This the 28th day of August, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**